AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| NORMAN RATCLIFF | ) | Case No. 12-143 MAG |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Jan. 2008 through August 2010__ in the parish of __ORLEANS__ in the __Eastern__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 924(o) | Conspiracy to possess and use a firearm in furtherance crimes of violence or drug trafficking crimes |
| 18 USC Section 924(j) | Possession of a firearm in furtherance of a drug trafficking crime resulting in death |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

S/A Suzanne J. Pecora/ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/08/2012

_____
*Judge's signature*

City and state: New Orleans, Louisiana

DANIEL E. KNOWLES, III, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Suzanne J. Pecora, being duly sworn, do depose and state:

1. I am a Special Agent with the United States Justice Department, Bureau of Alcohol, Tobacco, Firearms and Explosive (ATF) and have been so employed since September 1989.

2. As a result of my training, general knowledge and experience as a Special Agent for the Bureau of Alcohol, Tobacco and Firearms, I am familiar with the Federal Firearms and narcotics laws and know that it is illegal to possess firearms in furtherance of a drug trafficking crime resulting in death, in violation of Title 18, United States Code, Section 924(j), that it is illegal to conspire with others to possess and use firearms in furtherance crimes of violence or drug trafficking crimes in violation of Title 18, United States Code, Section 924(o), and it is illegal to aid and abet another person to commit an offense in violation of Title 18, United States Code, Section 2.  Furthermore, since this affidavit is being submitted for the limited purpose for determining that probable cause exists for these offenses, your affiant has not listed each and every fact known to her concerning this investigation.

3. In late 2010, federal agents with the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives (A.T.F.) started investigating several acts of violence that had taken place in the Carrollton Area of the City of New Orleans. During the course of this investigation the agents reviewed numerous police reports, 911 calls, recorded telephone calls, and spoke to several cooperating witnesses. Based on this investigation agents determined that Tyronne Stevenson, aka "Duke", Carey Jones, aka "Bean", Theron Golston, aka "Thema", Ryan Carroll, aka "Ronnie Boo", Bernell Williams, aka "Bussy", Walter Conley, aka "Ike Neezy",

**Norman RATCLIFF, aka "Turk",** and China Stewart, aka "Ms. China", aka "Mom", and other known individuals were members and associates of an organization engaged in, among other things, conspiracy to distribute controlled substances, the distribution of controlled substances, murder, conspiracy to commit murder, attempted murder, and obstruction of justice in the Hollygrove area of the City of New Orleans from 2006 to the present. This organization, including its leadership, membership, and associates, constituted an "enterprise", as defined by Title 18, United States Code, Section 1961(4), that is, a group of individuals associated in fact. As such, the members of this enterprise possessed, used, carried, and discharged numerous firearms in furtherance of their drug trafficking activities in an effort to protect their drug turf and to retaliate against other rival neighborhood drug groups, such as "Hell City", whose members also sold illegal drugs in the Carrollton Area of the City.

4. On April 10, 2009, Theron Golston, Tyronne Stevenson and **Norman RATCLIFF** arrived at Carey Jones' house and asked him if he wanted to ride with them into "Hell City". He told them no because his ankle was injured from running from the police a few days earlier. Golston, Stevenson and **RATCLIFF** then left in a stolen Dodge Intrepid.

5. Later that morning, the New Orleans Police Department (NOPD) responded to a call in the 1700 block of Monroe Street where they found Glin Butler, a member of "Hell City", suffering from multiple gunshot wounds. Evidence recovered from the scene identified seventeen (17) 7.62 caliber rifle casings and thirteen (13) 9mm casings. The victim, Glin Butler, was transported to the hospital. During a follow-up investigation the victim was uncooperative and did not identify any of his assailants.

6. Golston, **RATCLIFF** and Stevenson spoke with Carey Jones shortly after the shooting and informed him that they had "got him" referring to the shooting of Glin Butler.

7. On April 11, 2009, NOPD was dispatched to investigate a call of Illegal Use of Weapons in the 700 block of N. Prieur Street. When officers arrived they observed several bullet casings on the ground in the 700 block of N. Prieur and a blood stain and a Smith & Wesson, 9mm pistol, S/N RAN4590. Officers checked University Hospital for potential victims and located **Norman RATCLIFF**, Dejean Pierce, Vernon "June" Dotson and Ronald Crawford. The four victims told police that while in the 700 block of N. Prieur, they were approached by a black male, with dreadlocks who began shooting into the crowd. Also present at the time of the shooting, were Carey Jones, Tyronne Stevenson and Mark Glenn.

8. NOPD collected a total of thirteen (13) 9mm casings, as well as the Smith & Wesson handgun, loaded with a total of sixteen (16) live rounds. Officers also followed a blood trail to the steps of 2020 Dumaine Street. A single live round of 9mm ammunition was also recovered from the 2000 block of Dumaine. Also recovered from inside the residence was an assault weapon. At the time of the incident, **Norman RATCLIFF** was residing at 2020 Dumaine Street with his mother. Both the Smith & Wesson and the assault rifle have been ballistically matched to the shooting of Glin Butler from the previous day.

9. On June 13, 2010, at approximately 5:00 PM, Carey Jones and Theron Golston met up with Mark Glenn at a motel on Airline Highway in Metairie, LA. They told Glenn they were going to "spin" (meaning to go look for a rival to shoot) in Pigeontown and asked Glenn if they could borrow his gun. Jones and Golston also borrowed a car from a female friend of Glenn's. Jones and Golston rode around the Pigeontown area for approximately 30 minutes before they spotted Glin Butler walking alone on Hickory Street between General Ogden and Eagle Streets. They drove past and shot at Butler who ran but was not hit or injured at the time of the shooting. Jones and Golston then returned to Metairie, where they met up again with Glenn and returned his gun to him -- informing him that he needed more bullets.

10. On June 13, 2010, at approximately 9:08 PM, NOPD officers responded to an Aggravated Battery by shooting at the intersection of Eagle and Hickory Street, New Orleans, Louisiana. Officers located two victims, Scott Tillman and Glin Butler. Tillman had been shot in his right thigh and right lower leg while Butler was shot in the rear, right calf. Butler told officers that he was standing on the corner when he saw a gray, four door car driving eastbound on Hickory Street. Butler stated that the individuals inside the vehicle started shooting at him as they drove past and fled down Eagle Street. Butler ran to his cousin's residence and went from there to the hospital for treatment.

11. On June 14, 2010, NOPD officers responded to a homicide at 8921 Birch Street, the residence of Glin Butler. Upon arrival, officers found Miss Eula Mae Ivey, Glin Butler's grandmother, lying in the front yard deceased as the result of multiple gunshot wounds. A second victim, Jonathan Butler, Glin Butler's younger brother, was struck by a bullet that entered the residence. Witnesses to this incident told the police that Miss Ivey was killed by several individuals who drove past the location and opened fire from two (2) vehicles, a white vehicle and a second, dark colored vehicle. Officers located approximately twenty-four (24) 9mm casings, six (6) .45 caliber casings and one (1) .40 caliber casing from the scene. Ballistics has identified that five (5) different weapons were used in this incident, one (1) .45 caliber, one (1) .40 caliber and three (3) different 9mm firearms.

12. Through an extensive follow-up investigation of this incident, your affiant has determined that the driver of the first vehicle, a white, Chevrolet Malibu, was Carey Jones. Also occupying this vehicle at the time of the shooting, was **Norman RATCLIFF** (front seat passenger), Theron Golston (rear seat passenger) and C.J. (rear seat driver). Witnesses have identified **Norman RATCLIFF** as possessing and discharging a firearm during the course of this murder.

13. Also, on June 14, 2010, NOPD officers responded to 9007 Hickory Street and spoke to victim D.M.. D.M. stated that he was standing on the porch of his residence with his children when he heard several gunshots coming from nearby. After about a minute, he saw a white Chevrolet Malibu travelling north on Hollygrove Street. D.M. said the vehicle sped toward Hollygrove and Hickory Streets and then turned west into the 9000 block of Hickory. As the vehicle made the turn, D.M. hurried his children inside their residence, following directly behind them. As he shut the door, he heard several gunshots directly outside of his residence. After the shooting ceased, D.M. walked outside and saw multiple spent shell casings in the middle of the street.

14. The casings were recovered by NOPD and compared to those recovered from the scene of the Eula Ivey murder. It was determined that the nine (9) 9mm casings had been fired from two (2) different 9mm weapons. Both of these weapons were also possessed and discharged in the Eula Ivey murder.

15. Based on the evidence above, your affiant believes that there is probable cause to charge **Norman RATCLIFF** with participating in a conspiracy to possess and use firearms in furtherance of a crime of violence and drug trafficking crime, in violation of Title 18, United States Code, Section 924(o) and charge him with discharging a firearm in furtherance of a crime of violence or drug trafficking crime which resulted in the murder of Eula May Ivey, in violation of Title 18, United States Code, Section 924(j).

Suzanne J. Pecora
Special Agent/ATF